

**FILED**

AUG 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

312-435-5670

Wilfred Harmon Cormier )
v. )
)
)
The Individuals, Corporations, Limited )
Liability Companies, Partnerships and )
Unincorporated Associations as )
Identified on Schedule A )

USDC Case Number: 1:23-cv-04483

Judge: Honorable Virginia M. Kendall

### Notice of Removal of Material
### from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Wilfred Harmon Cormier

| 07/26/2023 | view21 | SURETY BOND in the amount of $ 10,000 posted by Wilfred Harmon Cormier. (Document not Scanned) (jh, ) (Entered: 07/26/2023) |
|---|---|---|

I, Cameron McIntyre, am authorized to remove the above-described documents from the court.

Signature: _____

Firm: Jiangip

By: N. Finley
/s/ Deputy Clerk

Date: 8/13/26

Rev. 09/23/2016